IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Case No. 8:23-cv-591

IRA SHANDLES and
ELIZABETH SHANDLES,

    Defendants.

_____/

**COMPLAINT**

The United States of America complains and alleges as follows:

1.       The United States brings this action to obtain a judgment against Defendants Ira and Elizabeth Shandles (collectively "Defendants") for their outstanding federal income tax liabilities.

2.       Pursuant to 26 U.S.C. §§ 7401 and 7403, the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, authorized and requested this action. This action is being brought at the direction of a delegate of the United States Attorney General under the authority of 26 U.S.C. § 7401.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this civil action pursuant to 26

U.S.C. § 7402(a) and 28 U.S.C. §§ 1340, 1345.

4.      Venue is proper in this district and division pursuant to 28 U.S.C. §§

1391(b) and 1396 because the Ira Shandles resides in Odessa, FL within

Hillsborough County and Elizabeth Shandles lives in Safety Harbor, FL within

Pinellas County. The tax liabilities at issue accrued in this district.

## PARTIES

5.      Ira Shandles lives in Odessa, FL and owes unpaid federal income

taxes, plus interest and statutory additions for 2011 through 2018. In 2011, he was

married to Elizabeth Shandles, and filed a joint federal income tax return with

her for that year. He jointly owes unpaid federal income tax, plus interest and

statutory additions, for 2011. Although they are now divorced, they remain

jointly liable for the 2011 liability. For the other years at issue, 2012 through 2018,

Ira Shandles filed his federal income tax returns as married filing separately. He

is solely liable for the unpaid federal income taxes, penalties, and interest for

these years.

6.      Elizabeth Shandles lives in Safety Harbor, FL. She was married to Ira

Shandles in 2011, and filed a joint federal income tax return with him for that

year. She jointly owes unpaid federal unpaid federal income tax, plus interest

and statutory additions, for 2011. Although she and Ira Shandles are now divorced, she remains jointly liable with Ira Shandles for the 2011 liability.

## COUNT I
### Reduce to Judgment Defendants Ira and Elizabeth Shandles' Joint Federal Income Tax Liability for 2011

7.      The Defendants timely filed their joint federal income tax return for 2011 after receiving an extension of time to file, but they failed to pay the tax reported due in full. Thereafter, a delegate of the Secretary of the Treasury assessed against them the tax they reported, plus penalties and interest.

8.      The following table shows the dates, types, and amounts of the assessments against the Defendants for 2011 as of March 13, 2023.

| Tax Year | Initial Assessment | Type of Assessment | Amount | Balance Due |
|---|---|---|---|---|
| 2011 | 11/19/2012 | Tax Reported on Form 1040 | $119,547.00 | $225,464.27 |
|  |  | Failure to Pre-Pay Penalty IRC § 6654 | $2,331.00 |  |
|  |  | Failure to Pay Penalty IRC § 6651(a) | $4,715.72 |  |
|  |  | Interest | $2,125.46 |  |
|  |  | *Total:* | **$225,464.27** | |

9.      A delegate of the Secretary of the Treasury properly gave notice of the unpaid assessments described in Paragraph 8, above, to the Defendants and made demand for payment.

10.     The United States generally has ten years to collect a tax assessment "through levy or by a proceeding in court." *See* I.R.C. § 6502(a). Certain actions that prohibit the IRS from collecting an assessment through levy or a court proceeding, such as requests for an installment agreement, operate to suspend and extend the statute of limitations on collection ("CSED") of an unpaid tax assessment. *See* I.R.C. §§ 6503(a)(1). 6331(k)(2)(A), 6631(k)(2)(D), 6331(k)(3)(B), and 6331(i)(5).

11.     The CSED to collect the Defendants' 2011 joint income tax liability was suspended and extended by an installment agreement submitted by the Defendants.

12.     The IRS received an installment agreement request from the Defendants on May 23, 2017, which the IRS accepted on August 22, 2017. The CSED was tolled for the 91 days during which the installment agreement was pending. *See* I.R.C. §§ 6331(k)(2)(A), 6631(k)(2)(D), 6331(k)(3)(B), and 6331(i)(5). The IRS removed the taxpayers from installment agreement status on March 2, 2020.  The CSED was tolled for an additional 30 days after the termination of the installment agreement. *See* 26 U.S.C. § 6331(k); 26 C.F.R. § 301.6159-1(g).

13.     As a result of the tolling events, the CSED for the government to bring an action to collect the 2011 liability is March 20, 2023. This action is timely.

4

14.     Despite notices of the assessments and demands for payment, the

Defendants have failed to fully pay the assessments described in Paragraph 8,

above. As of March 13, 2023, Defendants owe the United States $225,464.27 on

those assessments, plus fees, interest, and all statutory additions thereafter as

provided by law.

**COUNT II**
**Reduce to Judgment Defendant Ira Shandles's Individual Federal Income Tax**
**Liabilities for 2012, 2013, 2014, 2015, 2016, 2017, and 2018**

15.     The United States incorporates by reference the allegations set forth

in Paragraphs 1 through 14 above.

16.     Ira Shandles filed his individual federal income tax returns for 2012,

2013, 2014, 2015, 2016, 2017, and 2018, but failed to pay the tax he reported due in

full. He filed each return after their respective due dates. Thereafter, a delegate of

the Secretary of the Treasury assessed against Ira Shandles the tax he reported,

plus penalties and interest.

17.     The following table shows the dates, types, and amounts of the

assessments against Ira Shandles for the years at issue as of March 13, 2023:

| Tax Year | Initial Assessment | Type of Assessment | Amount | Balance Due |
|---|---|---|---|---|
| **2012** | 9/05/2016 | Tax Reported on Form 1040 | $185,889.00 | $398,454.94 |
| | | Failure to Pre-Pay Penalty IRC § 6654 | $2,296.19 | |
| | | Failure to File Penalty IRC § 6651(a)(1) | $41,825.02 | |
| | | Failure to Pay Penalty IRC § 6651(a) | $38,107.24 | |
| | | Interest | $24,792.48 | |
| **2013** | 10/10/2016 | Tax Reported on Form 1040 | $206,720.00 | $347,941.08 |
| | | Failure to Pre-Pay Penalty IRC § 6654 | $2,914.00 | |
| | | Failure to File Penalty IRC § 6651(a)(1) | $41,680.00 | |
| | 4/27/2020 | Failure to Pay Penalty IRC § 6651(a) | $41,680.00 | |
| | | Interest | $58,252.69 | |
| **2014** | 12/26/2016 | Tax Reported on Form 1040 | $117,919.00 | $95,654.51 |
| | | Failure to Pre-Pay Penalty IRC § 6654 | $745.00 | |
| | | Failure to File Penalty IRC § 6651(a)(1) | $15,056.77 | |
| | | Failure to Pay Penalty IRC § 6651(a) | $7,026.49 | |
| | | Interest | $4,685.97 | |
| **2015** | 12/28/2015 | Dishonored Payment Penalty IRC § 6657 | $804.86 | $96,988.36 |
| | 12/26/2016 | Tax Reported on Form 1040 | $166,507.00 | |
| | | Failure to Pre-Pay Penalty IRC § 6654 | $1,016.49 | |
| | | Failure to File Penalty IRC § 6651(a)(1) | $16,252.42 | |
| | | Failure to Pay Penalty IRC § 6651(a) | $3,250.48 | |
| | | Interest | $2,523.27 | |

| | | | | |
|---|---|---|---|---|
| **2016** | 6/26/2017 | Tax Reported on Form 1040 | $91,042.00 | $23,060.10 |
| | | Failure to Pre-Pay Penalty IRC § 6654 | $240.48 | |
| | | Failure to Pay Penalty IRC § 6651(a) | $369.01 | |
| | | Interest | $194.87 | |
| | 4/22/2019 | Additional Tax Assessed | $1,032.00 | |
| **2017** | 12/10/2018 | Tax Reported on Form 1040 | $99,063.00 | $38,285.05 |
| | | Failure to Pre-Pay Penalty IRC § 6654 | $201. 57 | |
| | | Failure to File Penalty IRC § 6651(a)(1) | $1,083.69 | |
| | | Failure to Pay Penalty IRC § 6651(a) | $963.28 | |
| | | Interest | $809.78 | |
| **2018** | 5/13/2019 | Dishonored Payment Penalty IRC § 6657 | $960.00 | $64,046.97 |
| | 4/6/2020 | Tax Reported on Form 1040 | $88,170.00 | |
| | | Failure to Pre-Pay Penalty IRC § 6654 | $986.00 | |
| | | Failure to File Penalty IRC § 6651(a)(1) | $8,138.47 | |
| | | Failure to Pay Penalty IRC § 6651(a) | $2,170.26 | |
| | | Interest | $2,132.07 | |
| | | | *Total:* | **$1,064,441.01** |

18.     For 2014, Ira Shandles filed an amended return reporting a reduced

tax liability, and the IRS made a corresponding adjustment to reduce his tax

owed for the year by $19,762.00 on December 24, 2018.

19.     For 2015, Ira Shandles filed an amended return reporting a reduced

tax liability, and the IRS made a corresponding adjustment to reduce his tax

owed for the year by $23,585.00 on May 6, 2019.

20.     For 2016, the IRS made an additional tax assessment against Ira Shandles in the amount of $1,032.00 on April 22, 2019, through its automated underreporter program for income he failed to include on his return.

21.     A delegate of the Secretary of the Treasury properly gave notice of the unpaid assessments described in Paragraph 17, above, to Defendants and made demand for payment.

22.     Despite notices of the assessments and demands for payment, Ira Shandles has failed to fully pay the assessments described in Paragraph 17, above. As of March 13, 2023, Ira Shandles owes the United States $1,064,441.01 on those assessments, plus fees, interest, and all statutory additions thereafter as provided by law.

23.     The United States brings this action within 10 years of the assessments described in Paragraph 17. This action is timely.

**WHEREFORE**, Plaintiff, United States of America, respectfully prays as follows:

   A. that judgment be entered in favor of the United States and against Defendants Ira and Elizabeth Shandles, jointly and severally, in the amount of $225,464.27 as of March 13, 2023, for their unpaid federal income tax liabilities for 2011, plus interest and statutory additions

on the assessment accruing thereafter as allowed by law, to the date of payment;

B.  the judgment be entered in favor of the United States and against Defendant Ira Shandles, individually, in the amount of $1,064,441.01 as of March 13, 2023, for his unpaid federal income tax liabilities for 2012 through 2018, plus interest and statutory additions on the assessments accruing thereafter as allowed by law, to the date of payment; and

C.  that this Court grant the United States such other relief, including costs, as is just and equitable.

Dated: March 15, 2023                          Respectfully submitted,

                                               DAVID A. HUBBERT
                                               Deputy Assistant Attorney General

                                  By:   */s/ Daniel B. Causey, IV*
                                        Daniel B. Causey, IV
                                        D.C. Bar No. 240963
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 14198
                                        Washington, D.C.  20044
                                        202-307-1427 (v)
                                        202-514-4963 (f)
                                        Daniel.B.Causey@usdoj.gov
                                        (Counsel to Receive CM/ECF
                                        Notifications)

*Of Counsel*

ROGER B. HANDBERG
United States Attorney
(Not to receive CM/ ECF
Notifications)